This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports.  Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions.  Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

### IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**No. A-1-CA-39636**

**MICHELLE PELLETIER,**

Petitioner-Appellant,

v.

**JEFFREY WILLIAMS,**

Respondent-Appellee.

**APPEAL FROM THE DISTRICT COURT OF SANTA FE COUNTY**
**Sylvia F. Lamar, District Judge**

Boyle & Freudenheim
Gary W. Boyle
Mark D. Freudenheim
Santa Fe, NM

for Appellant

Batley Family Law, P.A.
Lauren E. Riley
Albuquerque, NM

for Appellee

### MEMORANDUM OPINION

**ATTREP, Judge.**

{1}     Summary reversal was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary reversal has been filed, and the time for doing so has expired. **REVERSED.**

{2}     **IT IS SO ORDERED.**

**JENNIFER L. ATTREP, Judge**

**WE CONCUR:**

**J. MILES HANISEE, Chief Judge**

**JANE B. YOHALEM, Judge**